SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy

# United States District Court

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.                                      **COMPLAINT**

ENRIQUE GALVAN            CASE NUMBER: 3-17-MJ- 579-BH

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 15, 2017, in the Dallas Division of the Northern District of Texas, defendant, Enrique Galvan did,

> possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

in violation of Title 21, United States Code, Section(s) 841(a)(1).

I further state that I am a Task Force Officer with the Drug Enforcement Administration (DEA) and that this complaint is based on the following facts:

> See attached Affidavit of Task Force Officer Daniel Van Huss which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:    XX Yes    No

_____
Signature of Complainant
Daniel Van Huss
Task Force Officer, DEA

Sworn to before me and subscribed in my presence, on this 16th day of Aug., 2017, in Dallas, Texas.

IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE                 _____
Name and Title of Judicial Officer              Signature of Judicial Officer

## Affidavit in Support of Criminal Complaint

I, Daniel Van Huss, being duly sworn, depose and state as follows:

1. I, Daniel Van Huss, have been a peace officer for the Kaufman County Sheriff's Office for six years and an Investigator for two years. In 2015, I attended a TCOLE Basic Investigator school. There, I received training in investigating drug offenses, crimes against persons, property crimes and financial crimes. I also received training executing searches and seizures, writing affidavits to support arrest and/or search warrants, recognizing drugs, exploiting communication devices, use of force, and asset forfeiture training.

2. In March 2017, I became a Task Force Officer (TFO) for the DEA Dallas Field Division. In May 2017, I attended the TFO School at the DEA academy in Quantico, Virginia. There, I received training in clandestine laboratory and laboratory procedures, internet investigation training, and interviewing confidential sources. During my current assignment, I have assisted with the investigations of offenses involving large-scale sale and distribution of narcotics.

3. As a TFO, I have investigated and assisted in multiple cocaine and methamphetamine investigations and search warrants. I have conducted and participated in previous investigations of violations of the United States' drug laws, including violations of 21 U.S.C. §§ 841(a)(1), and 846. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws, and am duly authorized by the Attorney General to request a arrest warrant. I have

personally participated in the investigation below, and I am familiar with the facts and circumstances through my personal participation, from discussions with other DEA agents and law enforcement officers, and from reviewing records and reports relating to the investigation.

4. This affidavit is made for the limited purposes of establishing probable cause that **Enrique Galvan** violated Title 21, United States Code, Section 841, that is, to possess with the intent to distribute and the distribution of a mixture or substance containing a detectable amount of methamphetamines, a Schedule II controlled substance.

5. The information contained in this affidavit is based on my personal knowledge and experience, my personal participation in this investigation, and information obtained from other law enforcement officers and/or agents involved in this investigation.

6. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that a violation of 21 U.S.C. § 841, has been committed by **Enrique Galvan.**

## PROBABLE CAUSE

7. Since December 2016, DEA-Dallas agents have investigated the drug trafficking activities of a methamphetamine distribution group in the Dallas, Texas area. Agents identified Galvan as a methamphetamine distributor delivering

Affidavit in Support of Criminal Complaint - Page 2

methamphetamine to customers in the Dallas area. Agents identified Galvan's residence in Mesquite, Texas. Agents believed Galvan stored methamphetamine at his residence.

8. On August 15, 2017, agents established surveillance at his Mesquite residence. Agents observed Galvan and a Hispanic female with two children enter a vehicle known to be used by Galvan.

9. Galvan departed the residence. Surveillance followed Galvan and coordinated a traffic stop using a marked Mesquite Police Department (MPD) patrol unit. MPD conducted a traffic stop after observing Galvan fail to signal a lane change. MPD made contact with Galvan and obtained verbal consent to search the vehicle. During the search, MPD located a large amount of U.S. currency in the vehicle.

10. Agents obtained verbal consent to search Galvan's Mesquite residence. Galvan accompanied agents back to the residence and informed the agents where, in the house they could find illegal narcotics and a firearm. Agents searched the residence and located approximately 10 plastic bags containing a white crystalized substance that weighed approximately nine kilograms. The amount of drugs appeared to be distribution amounts, based on my training and experience. The substance was field tested and tested positive for methamphetamine. Agents also seized a handgun and several drug ledgers inside the residence.

11. Based on the foregoing, together with my training and experience, I believe that there is sufficient probable cause to believe that on August 15, 2017,

**Enrique Galvan** possessed with intent to distribute a controlled substance, namely methamphetamine, in violation of 21 U.S.C. §841. I respectfully request a warrant be issued for the arrest of by **Enrique Galvan**.

_____
**Daniel Van Huss**
Task Force Officer
Drug Enforcement Administration

Sworn to before me this 16th day of August, 2017 at _10:50 a.m._.

_____
THE HONORABLE IRMA C. RAMIREZ
United States Magistrate Judge

Affidavit in Support of Criminal Complaint - Page 4